UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL NO: 3:13-cv-273 -H

**BROCKMAN RIGGLE,**

*Plaintiff*

vs.

**HUNTER WARFIELD, INC.; and
DOES 1 through 10, inclusive,**

*Defendant*

Serve:
4260 Woodland Corporate Blvd.
Tampa, FL 33614

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for statutory damages brought by plaintiff Brockman Riggle an individual consumer, against defendant Hunter Warfield, Inc., for violations of the law, including, but not limited to, violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibit debt collectors from engaging in deceptive acts and practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331 and § 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Brockman Riggle is a consumer, a natural person allegedly obligated to pay any debt, residing in Jefferson County, in the state of Kentucky.

4. Defendant, Hunter Warfield, Inc. is a corporation engaged in the business of collecting debt in this state with its principal place of business located in Hillsborough County, in the state of Florida.

5. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

6. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

7. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiff, seeking and demanding payment for an alleged consumer debt owed under an account number.

8. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for

personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

9. Upon information and belief, Defendant began contacting Plaintiff and placing collection calls to Plaintiff sometime prior to May 2012.

10. On or about May 1, 2012, Plaintiff gave Defendant notice not to call him at work.

11. On or about May 10, 2012, at approximately 12:00 p.m., Defendant continued to contact Plaintiff at work, without his express consent, after having already been given reason to know that this inconvenienced Plaintiff and/or was prohibited.

## V. CLAIM FOR RELIEF

12. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

13. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

> (a) Defendant violated *§1692a(3)* by calling Plaintiff's place of employment with knowledge or the reason to know that the consumer's employer prohibits the consumer from receiving such communication, without the prior consent of Plaintiff given directly to Defendant or the express permission of a court of competent jurisdiction.

3

14. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Brockman Riggle for statutory damages and costs and attorney fees.

WHEREFORE, Plaintiff Brockman Riggle respectfully requests that judgment be entered against defendant Hunter Warfield, Inc. for the following:

B. Statutory damages.

C. Costs and reasonable attorney fees.

D. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Please take notice that plaintiff Brockman Riggle demands trial by jury in this action.

RESPECTFULLY SUBMITTED,

DATED: February 14, 2013

By: /s/Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Tel: 323-988-2400 x267
Fax: 866-929-2434
shireen@hormozdilaw.com
*Counsel for Plaintiff,*
*Brockman Riggle*

4