UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**BROCKMAN RIGGLE** **PLAINTIFF(S)**

**VS** **CIVIL ACTION NO. 3:13CV-273-H**

**HUNTER WARFIELD, INC., et al.** **DEFENDANT(S)**

**ORDER**

Counsel having notified the Court of a settlement in this case (DN#9);

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: March 18, 2014

Copies:
All counsel